ACCEPTED
03-15-00025-CV
7355162
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 3:09:08 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00025-CV

In The Court of Appeals
Third District of Texas
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 3:09:08 PM
JEFFREY D. KYLE
Clerk

**APPELLANTS, LAKEWAY REGIONAL MEDICAL CENTER, LLC AND SURGICAL DEVELOPMENT PARTNERS, LLC// CROSS-APPELLANT, LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS SPECIALTY HOSPITAL, LLC**

**v.**

**APPELLEES, LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS SPECIALTY HOSPITAL, LLC// CROSS-APPELLEES, LAKEWAY REGIONAL MEDICAL CENTER, LLC, SURGICAL DEVELOPMENT PARTNERS, LLC, BRENNAN, MANNA, & DIAMOND, LLC AND FRANK T. SOSSI**

**APPELLANTS LAKEWAY REGIONAL CENTER, LLC'S AND SURGICAL DEVELOPMENT PARTNERS, LLC'S <u>FIRST UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE CROSS-APPELLEES' BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellants/Cross-Appellees Lakeway Regional Medical Center, LLC and Surgical Development Partners, LLC ("Movants") file this first unopposed motion for an extension of time to file their Cross-Appellees' Brief in this appeal. Currently, Movants' Appellees' Brief is due on October 21, 2015. Movants respectfully request that this Court extend the time for filing their Cross-Appellees'

54189289.1

1

Brief by 30 days to Friday, November 20, 2015. This is the first request for an extension of time by Movants for the filing of their Cross-Appellees' Brief.

The reason for this extension request is that Appellee/Cross-Appellant Lake Travis Transitional LTCH, LLC n/k/a/ Lake Travis Specialty Hospital, LLC ("LTT") has asked for a 30-day extension of time to file its Appellee's Brief. The parties have cooperated with one another to maintain a parallel briefing schedule. Further, Movants need additional time to respond to LTT's Cross-Appellant's Brief.

This motion is unopposed.

WHEREFORE, Appellants/Cross-Appellees Lakeway Regional Medical Center, LLC and Surgical Development Partners, LLC respectfully request that this Court grant this motion, extend the deadline to file their Cross-Appellees' Brief to November 20, 2015, and grant to them all other relief to which they may be entitled.

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: _____*/s/ Joy M. Soloway*_____
        Jeff Cody
        *jeff.cody@nortonrosefulbright.com*
        State Bar No. 4468960
        Barton Wayne Cox
        *beau.cox@nortonrosefulbright.com*
        State Bar No. 24065087
        James V. Leito IV
        *james.leito@nortonrosefulbright.com*
        State Bar No. 24054950
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

        Joy M. Soloway
        *joy.soloway@nortonrosefulbright.com*
        State Bar No. 18838700
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

*Counsel for Appellants/Cross-Appellees*
*Lakeway Regional Medical Center, LLC and*
*Surgical Development Partners, LLC*

**WRIGHT & CLOSE, LLP**
> Jessica Z. Barger
> *barger@wrightclose.com*
> State Bar No. 24032706
> Raffi Melkonian
> *melkonian@wrightclose.com*
> State Bar No. 24090587

One Riverway, Suite 2200
Houston, TX 77056
Telephone: (713) 572-4321
Telecopier: (713) 572-4320
*Counsel for Appellant/Cross-Appellee*
*Surgical Development Partners, LLC*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with all counsel for the other parties and that this motion is unopposed.

/s/ Joy M. Soloway
Joy M. Soloway

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October 2015, the foregoing motion was served, via FileTime.com, upon the following counsel of record:

Mr. S. Abraham Kuczaj III
*akuczaj@scottdoug.com*
Ms. Paige A. Amstutz
*pamstutz@scottdoug.com*
Mr. Steven J. Wingard
*swingard@scottdoug.com*
Ms. Jane Webre
*jwebre@scottdoug.com*
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado, Suite 2400
Austin, TX 78701
*Counsel for Appellee/Cross-Appellant Lake Travis Transitional LTCH, LLC*
***Via Email Only***

Mr. Robert A. Bragalone
*rbragalone@gordonrees.com*
Mr. B. Ryan Fellman
*rfellman@gordonrees.com*
Mr. Steven Lawson
*slawson@gordonrees.com*
GORDON & REES LLP
2100 Ross Avenue, Suite 2800
Dallas, TX 75201
*Counsel for Appellees Brennan, Manna & Diamond, LLC and Frank T. Sossi*
***Via Email Only***

/s/ Joy M. Soloway
JOY M. SOLOWAY

54189289.1

5